FILED: October 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-7032
(8:03-cr-00457-PJM-3)
(8:11-cv-03563-PJM)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES EVERETT FLOOD, III, a/k/a Junior, a/k/a Junebug, Bug

Defendant - Appellant

---

O R D E R

---

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Richardson, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk